**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CHRISTINE D. LOLLATHIN,**

      **Plaintiff,**

  v.                                                  **Case No.:  2:15-cv-961
JUDGE GEORGE C. SMITH
Magistrate Judge Deavers**

**THE VILLAGE OF TILTONSVILLE,** *et al.***,**

      **Defendants.**

### ORDER

This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on April 26, 2016.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS and AFFIRMS** the Report and Recommendation.  Plaintiff has failed to respond to any of the Court's Orders and therefore Plaintiff's case is **DISMISSED WITH PREJUDICE**.

The Clerk shall remove Document 16 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                          */s/ George C. Smith*
                                                        **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**